UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

EBF HOLDINGS, LLC, *d/b/a Everest Business Funding*,

          *Plaintiff,*

– against –

BATURER INC and NAIME BATURER,

          *Defendants.*

**ORDER**
23-cv-04579 (NCM) (AYS)

---

**NATASHA C. MERLE**, United States District Judge:

This Court has received the Report and Recommendation ("R&R") on the instant case dated August 20, 2024, from the Honorable Anne Y. Shields, United States Magistrate Judge. No objections have been filed.

The Court reviews "*de novo* any part of the magistrate judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b); *see also Park v. Kim*, No. 20-cv-02636, 2022 WL 3643966, at *2 (E.D.N.Y. Aug. 24, 2022), *aff'd*, 91 F.4th 610 (2d Cir. 2024). Where no timely objections have been filed, "the district court need only satisfy itself that there is no clear error on the face of the record." *Finley v. Trans Union, Experian, Equifax*, No. 17-cv-00371, 2017 WL 4838764, at *1 (E.D.N.Y. Oct. 24, 2017) (quoting *Est. of Ellington ex rel. Ellington v. Harbrew Imps. Ltd.*, 812 F. Supp. 2d 186, 189 (E.D.N.Y. 2011)).

Having reviewed the record, the Court finds no clear error. Accordingly, Judge Shields' R&R is fully adopted as the opinion of the Court pursuant to 28 U.S.C. § 636(b)(1). Plaintiff's motion for default judgment, ECF No. 26, is **GRANTED**. The Clerk

1

of Court is respectfully directed to enter judgment in favor of plaintiff and against defendants in the amount of $102,979.95, plus (i) pre-judgment interest from May 3, 2022, through entry of judgment and (ii) post-judgment interest at a rate pursuant to 28 U.S.C. § 1961. Plaintiff is granted leave to file a motion for attorneys' fees within thirty (30) days of this Order.

**SO ORDERED.**

    /s/ Natasha C. Merle
NATASHA C. MERLE
United States District Judge

Dated:    September 13, 2024
             Brooklyn, New York